1 | Tharan Gregory Lanier (CA Bar No. 138784)
2 | tglanier@jonesday.com
  | JONES DAY
3 | 1755 Embarcadero Road
4 | Palo Alto, CA 94303
  | Phone:  (650) 739-3939
5 | Fax:   (650) 739-3900

6 |
  | Randall E. Kay (CA Bar No. 149369)
7 | rekay@jonesday.com
8 | John D. Kinton (CA Bar No. 203250)
  | jkinton@jonesday.com
9 | Jaime D. Choi (CA Bar No. 276662)
10 | jdchoi@jonesday.com
   | JONES DAY
11 | 12265 El Camino Real, Suite 200
12 | San Diego, CA 92130
   | Phone:  (858) 314-1200
13 | Fax:   (858) 314-1150

14 | Attorneys for Plaintiff
15 | KYOCERA COMMUNICATIONS, INC.

16 | UNITED STATES DISTRICT COURT
17 | SOUTHERN DISTRICT OF CALIFORNIA
18 |

| | |
|---|---|
| KYOCERA COMMUNICATIONS, INC., | Case No. 3:13-cv-00766-WQH-BGS |
| Plaintiff, | **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| POTTER VOICE TECHNOLOGIES, LLC, | |
| Defendant. | |

SDI-156654v1

PLAINTIFF'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Kyocera Communications, Inc., formerly known as Kyocera Sanyo Telecom, Inc., by and through its undersigned attorneys, states as follows:

1. The parent corporation of Plaintiff Kyocera Communications, Inc. is Kyocera International, Inc.;

2. No corporation other than Kyocera International, Inc. owns 10% or more of the stock of Plaintiff Kyocera Communications, Inc.; and

3. The parent corporation of Kyocera International, Inc. is Kyocera Corporation, a publicly-traded Japanese entity.

Dated: April 2, 2013

Respectfully submitted,

*/s/ Randall E. Kay*
Tharan Gregory Lanier
tglanier@jonesday.com
Randall E. Kay
rekay@jonesday.com
John D. Kinton
jkinton@jonesday.com
Jaime D. Choi
jdchoi@jonesday.com
JONES DAY

Attorneys for Plaintiff
KYOCERA COMMUNICATIONS, INC.