Christopher D. Banys  (State Bar No. 230038)
Richard C. Lin          (State Bar No. 209233)
cdb@banyspc.com
rcl@banyspc.com
BANYS, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 322-9103

Attorneys for Defendant,
POTTER VOICE TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POTTER VOICE TECHNOLOGIES LLC, <br><br> Defendant. | Case No.   13-CV-0766-H (BGS) <br><br> **DEFENDANT POTTER VOICE TECHNOLOGIES LLC'S CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Potter Voice
2  Technologies LLC ("Potter") certifies the following:
3  Potter does not have any parent entities, and no member holding ten percent or more of
4  Potter's membership interests is a publicly held entity.

6  Dated: April 29, 2013                          Respectfully submitted,

                                                 By: /s/ Richard C. Lin
                                                 Christopher D. Banys (State Bar No. 230038)
                                                 Richard C. Lin     (State Bar No. 209233)
                                                 Banys, P.C.
                                                 2200 Geng Road, Suite 200
                                                 Palo Alto, CA  94303
                                                 Tel:  (650) 308-8505
                                                 Fax:  (650) 322-9103

                                                 Attorneys for Defendant,
                                                 POTTER VOICE TECHNOLOGIES LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2013 a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

*/s/ Georgia Golfinopoulos*
Georgia Golfinopoulos