1 | Christopher D. Banys (State Bar No. 230038)
  | Richard C. Lin         (State Bar No. 209233)
2 | cdb@banyspc.com
  | rcl@banyspc.com
3 | BANYS, P.C.
  | 2200 Geng Road, Suite 200
4 | Palo Alto, California 94303
  | Telephone:  (650) 308-8505
5 | Facsimile:  (650) 322-9103

6

7 | Attorneys for Defendant,
  | POTTER VOICE TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POTTER VOICE TECHNOLOGIES LLC,<br><br>Defendant. | Case No.   13-CV-0766-H (BGS)<br><br>**DEFENDANT POTTER VOICE TECHNOLOGIES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: June 10, 2013<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>Judge: The Honorable Marilyn L. Huff |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on June 10, 2013, at 10:30 a.m. in Courtroom 15A of the United States Courthouse Annex at 333 West Broadway, San Diego, CA 92101, Defendant Potter Voice Technologies LLC ("Potter") will, and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order from this Court dismissing the Complaint in this action for lack of personal jurisdiction over Potter.  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations of Timothy M. Salmon and Richard C. Lin submitted herewith, all papers and pleadings on file in this action, such other evidence and argument as may be presented at or before any hearing on this Motion, and all matters of which the Court may take judicial notice.

Dated:  April 29, 2013					Respectfully submitted,


							By: */s/ Richard C. Lin*
							Christopher D. Banys  (State Bar No. 230038)
							Richard C. Lin           (State Bar No. 209233)
							Banys, P.C.
							2200 Geng Road, Suite 200
							Palo Alto, CA  94303
							Tel:  (650) 308-8505
							Fax:  (650) 322-9103
							cdb@banyspc.com
							rcl@banyspc.com

							Attorneys for Defendant,
							POTTER VOICE TECHNOLOGIES LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2013 a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

                                      */s/ Georgia Golfinopoulos*
                                      Georgia Golfinopoulos