

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyocera Communications, Inc.<br><br>Plaintiff,<br>V.<br><br>Potter Voice Technologies, LLC<br><br>Defendant. | Civil Action No.   13-CV-0766-H-BGS<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss the complaint.

Date:       7/26/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ A. Garcia
A. Garcia, Deputy